**FILED & ENTERED**

NOV 27 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOMINIC MUNIB BARBAR,<br><br><br><br>Debtor(s). | Case No.: 2:20-bk-18809-BR<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND DEADLINES TO FILE PLAN AND DISCLOSURE STATEMENT AND TO CONTINUE STATUS CONFERENCE** |

This matter is before the Court on the "Ex Parte Application To Extend Deadlines To File Plan and Disclosure Statement And To Continue Status Conference" ("Ex Parte Application") filed on November 27, 2020 by A. Scott Brown, counsel for the Debtor and Debtor in Possession.

Good cause having been shown, the Ex Parte Application is **GRANTED**.  The deadline for the plan and disclosure statement is extended to December 30th, 2020 and the status conference is continued to January 12, 2021 at 10:00 a.m. by zoom, website: zoomgov.com, Meeting ID:  161 816 4058  Password:  123456.  No further extension

will be allowed.

**IT IS SO ORDERED**.

Date: November 27, 2020

Barry Russell
United States Bankruptcy Judge