```
PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov
```



**FILED & ENTERED**

**JAN 13 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOMINIC MUNIB BARBAR,<br><br>            Debtor. | Case No.: 2:20-bk-18809-BR<br>Chapter 11<br><br>ORDER DISMISSING CASE; BAR AGAINST REFILING<br><br>Date:  January 12, 2021<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

The continued hearing on the Court's order (Doc 8) setting a status conference hearing ("Order") was held on the above date and time.  Ron Maroko appeared on behalf of the United States Trustee.  Cynthia Futter appeared on behalf of debtor Dominic Munib Barbar ("Debtor").  Under the initial Order Debtor was required to file a disclosure statement and reorganization plan by November 30, 2020.  The Order notified Debtor that if a disclosure statement and plan were not filed by the date specified in the Order, the Court might dismiss or convert the case at the status conference.  By an order entered on November 27, 2020 (Doc 42), the Court granted Debtor's motion to extend the deadline to file the disclosure statement in this case to December 30, 2020, and continued the status conference to January 12, 2021.  Debtor did not file a disclosure statement by the extended deadline.  The Court having considered the record herein, including, but not limited to Debtor's failure to file the disclosure statement and plan, Debtor's request for dismissal and consent to dismissal with a bar against refiling, and for other reasons stated on the record, and for good cause appearing,

**IT IS HEREBY ORDERED** that this case be and is hereby **DISMISSED**.

1

    **IT IS FURTHER ORDERED** that Debtor may not file a case under title 11 until the latter of: (1) 180 days from the date of the entry of this order dismissing the case; or (2) the date the quarterly fees under 28 U.S.C. § 1930(a)(6) owing from this case for the third and fourth quarters, 2020 and the first quarter, 2021 are paid in full, including statutory interest.  The United States Trustee estimated the amount that would be owing at the time of hearing as $1,300.53 ($325.53 for third quarter, 2020; $650.00 for fourth quarter 2020; and $325.00 for the first quarter of 2021).

    **IT IS SO ORDERED.**

# # #

Date: January 13, 2021

_Barry Russell (signature)_

Barry Russell
United States Bankruptcy Judge