

**FILED & ENTERED**

**JAN 13 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DOMINIC MUNIB BARBAR,<br><br>Debtor(s). | Case No.: 2:20-bk-18809-BR<br><br>Chapter 11<br><br>**ORDER DENYING EX PARTE APPLICATION AS MOOT DUE TO PRIOR ENTRY OF ORDER DISMISSING CASE WITH BAR AGAINST REFILING**<br><br>Date:    January 12, 2021<br>Time:    10:00 a.m.<br><br>Conducted via videoconference on Zoom for Government |

This matter is before the Court on the "Ex Parte Application To Dismiss Case To Implement Settlement" ("Application") filed by debtor on January 8, 2021 (Docket No. 46).

///

///

///

-1-

On January 13, 2021, the Court entered an "Order Dismissing Case, Bar Against Refiling" (Docket No. 47).  The case has been dismissed and, consequently, the Application is moot.  Therefore, it is hereby **ORDERED** that the Application is **DENIED**.

**IT IS SO ORDERED.**

###

Date: January 13, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge