United States Bankruptcy Court
Central District of California

In re:  
Dominic Munib Barbar  
    Debtor

Case No. 20-18809-BR  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: wtoliverC     Page 1 of 2  
Date Rcvd: Jan 13, 2021     Form ID: ndwr     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominic Munib Barbar, 28361 Falcon Crest Dr., Canyon Country, CA 91351-5016 |
| aty | | Scott Brown, Law Offices of Scott A. Brown, 21700 Oxnard Street Ste 1770, Woodland Hills, CA 91303 |
| 40491217 | + | Am West Funding Corp, 6 Pointe D., Suite 300, Brea, CA 92821-6323 |
| 40530224 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 40491221 | + | First Merchant Funding, c/o Robert H. Dewberry, The Dewberry Firm, 34 Executive Park, Suite 210, Irvine, CA 92614-6756 |
| 40491220 | + | First Merchant Funding, c/o Glubler & Abbott, 1110 N. Chinowth St., Visalia, CA 93291-4113 |
| 40491222 | | Nicolae Mays, c/o Manning Law, PC, 20063 SW Birch St., Suite 200, Newport Beach, CA 92660 |
| 40559530 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 40491223 | + | Union Bank, 24240 Valencia Blvd., Santa Clarita, CA 91355-5391 |
| 40491224 | + | Valencia BMW, c/o Kolar & Associates, 12241 Newport Ave., Santa Ana, CA 92705-3288 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jan 14 2021 06:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 14 2021 06:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: bankruptcy@ttc.lacounty.gov | Jan 14 2021 03:32:00 | L.A. County Tax Collector, Bankruptcy Unit, P.O. Box 54110, Los Angeles, CA 90051-0110 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jan 14 2021 03:32:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Jan 14 2021 03:32:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| cr | + | EDI: AISACG.COM | Jan 14 2021 06:48:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 40491218 | + | EDI: BMW.COM | Jan 14 2021 06:48:00 | BMW Financial, 5550 Britton Way, Hilliard, OH 43026-7456 |
| 40491219 | | EDI: CAPITALONE.COM | Jan 14 2021 06:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 40503490 | | EDI: IRS.COM | Jan 14 2021 06:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 40578405 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 03:33:00 | MUFG Union Bank, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 10

District/off: 0973-2 | User: wtoliverC | Page 2 of 2
Date Rcvd: Jan 13, 2021 | Form ID: ndwr | Total Noticed: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | A Scott Brown |
| cr | | 1st Merchant Funding LLC |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Scott Brown | on behalf of Debtor Dominic Munib Barbar scott@ascottbrownlaw.com ea@dk4law.com |
| Ambrish B Patel | on behalf of Creditor BMW Bank of North America c/o AIS Portfolio Services, LP apatelEI@americaninfosource.com |
| Robert H Dewberry | on behalf of Creditor 1st Merchant Funding LLC robert.dewberry@dewlaw.net |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE–FILING**

**DEBTOR(S) INFORMATION:**
Dominic Munib Barbar
**SSN:** xxx–xx–6775
**EIN:** N/A

28361 Falcon Crest Dr.
Canyon Country, CA 91351

**BANKRUPTCY NO.** 2:20–bk–18809–BR
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above–captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 13, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ndwr Rev. 06/2017

**48 / WTC**